

Tomas ARMENDARIZ; Rosa C. Armendariz; Harry Julian Brown, Jr.; Lance A. Bukouskis, et al., Plaintiffs–Appellees,

v.

James F. PENMAN; W.R. Holcomb; David M. Stachowski; Cecil Dillard; Kenneth J. Henderson, et al., Defendants–Appellants.

Tomas ARMENDARIZ; Rosa C. Armendariz; Harry Julian Brown, Jr.; Lance A. Bukouskis, et al., Plaintiffs–Appellees,

v.

James F. PENMAN; W.R. Holcomb; David M. Stachowski; Cecil Dillard; Kenneth J. Henderson, et al., Defendants,

and

Al Boughey; Larry Reed, Defendants–Appellants.

Tomas ARMENDARIZ; Rosa C. Armendariz, Plaintiffs–Appellees,

v.

James F. PENMAN, Defendant–Appellant.

Nos. 93–55393, 93–55587 and 93–55748.

United States Court of Appeals, Ninth Circuit.

Nov. 25, 1994.

Before: WALLACE, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

In re W. David WESTON, Debtor.

Richard N. BIGELOW, Appellant,

v.

Herbert STOLTENBERG, et al., Appellees.

No. 93–16044.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 2, 1994 *.

Decided Nov. 29, 1994.

---

\* The panel unanimously granted the joint motion to submit this appeal on the briefs.  Fed.R.App.P. 34(f) and Ninth Circuit Rule 34–4.